UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER D. BRAATEN,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C12-653-TSZ<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, plaintiff's objections, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

    DATED this 15th day of February, 2013.

                                            /s/ Thomas S. Zilly
                                            THOMAS S. ZILLY
                                            United States District Judge